AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

UNITED STATES OF AMERICA

        v.

DILLI R. KHATIWONDA

      )
      )
      )    Case No. 6:26-
      )    mj-00005-HBK
      )

### ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the excessive use of alcohol and/or the use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing by no later than Tuesday, February 17, 2026 before 4:00 PM.

(5) The defendant must appear at:   U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
_____
*Place*

Before Magistrate Helena Barch-Kuchta  at 9004 Castle Cliff Court, Yosemite, CA

on _____ April 7, 2026 at 10:00 AM _____
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me.  I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information.  Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2/10/2026 _____

_____
*Defendant's signature*

Date: 2/10/2026 _____

_____
*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*